```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 13507
    PAUL O POGGIO SR
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-3367


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/27/2007 and was confirmed 10/01/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 08/04/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED            106.55           .00            .00
CITY OF CHICAGO PARKING    UNSECURED           5460.00           .00            .00
CRED PROTECTION ASSOCIAT   UNSECURED         NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED            391.74           .00            .00
KEY NOTE CONSULTING        UNSECURED           5230.00           .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED         NOT FILED           .00            .00
US DEPT OF EDUCATION       UNSECURED         NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        3,314.00                     1,116.00
TOM VAUGHN                 TRUSTEE                                            84.00
DEBTOR REFUND              REFUND                                               .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                          1,200.00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,116.00
TRUSTEE COMPENSATION                                    84.00
DEBTOR REFUND                                             .00
                         --------------         --------------
TOTALS                         1,200.00              1,200.00




              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 13507 PAUL O POGGIO SR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 13507 PAUL O POGGIO SR